UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE LIO CHU,

        Plaintiff,

    v.

ADAM DAVID LEE, et al.,

        Defendants.

Case No. 16-cv-03670-PJH

**ORDER TO SHOW CAUSE**

Pro se plaintiff Julie Lio Chu filed the complaint in this case on June 29, 2016. Pursuant to Federal Rule of Civil Procedure 4(m), service was to be made on the defendants by September 27, 2016. The plaintiff has not filed any proof or service of the complaint upon any of the named defendants by this deadline.

Plaintiff also failed to appear at the case management conference on October 6, 2016 pursuant to this court's scheduling order. Dkt. 2, 3.

Accordingly, the court hereby issues to plaintiff an ORDER TO SHOW CAUSE why the case should not be dismissed with prejudice for (1) failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and (2) failure to effect timely service pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff shall respond to this order **by October 20**.

**IT IS SO ORDERED.**

Dated: October 6, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge