UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE LIO CHU,<br><br>        Plaintiff,<br><br>    v.<br><br>ADAM DAVID LEE, et al.,<br><br>        Defendants. | Case No. 16-cv-03670-PJH<br><br>**ORDER OF DISMISSAL** |

Per the court's prior orders, pro se plaintiff Julie Lio Chu was required to serve the complaint and summons in this case upon the defendants, and file a proof of service with the court no later than November 18, 2016. See Dkt. 8. Chu has not complied with this order, and the deadline for service has long passed. Accordingly, the court hereby DISMISSES the case for failure to comply with Federal Rule of Civil Procedure 4(m)'s time limit for service. The court further DISMISSES the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute and comply with the court's order.

In addition, dismissal of this action is appropriate pursuant to Civil Local Rule 3-11(b). The docket indicates that mail sent to the plaintiff was returned on November 11, 2016, but the court has not received an updated address within 60 days.

**IT IS SO ORDERED.**

Dated: January 9, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge