UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE LIO CHU,<br>            Plaintiff,<br>    v.<br>ADAM DAVID LEE, et al.,<br>            Defendants. | Case No.  16-cv-03670-PJH<br><br>**JUDGMENT** |

The court having dismissed this case pursuant to Federal Rules of Civil Procedure 4(m) and 41(b), as well as Civil Local Rule 3-11(b),

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: January 9, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge